UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EILEEN KNOX<br><br>Plaintiff<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>Defendant | : | CIVIL NO.<br><br><br><br><br><br><br><br>APRIL 13, 2020 |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1336 and 28 U.S.C. §1446, the defendant, Costco Wholesale Corporation, hereby submits this notice of removal of the above lawsuit filed in the Superior Court of Connecticut for the Judicial District of Danbury at Danbury with a Return Date of April 28, 2020 to the United States District Court for the District of Connecticut.

The basis for such removal is diversity jurisdiction pursuant to 28 U.S.C. §1332 as the plaintiff is a citizen of Connecticut and the defendant is a corporation with a principal place of business in Issaquah, WA. The State Court Complaint does not specify the amount of alleged damages other than to allege that such damages exceed the jurisdictional minimum of the Superior Court of fifteen thousand dollars. However, while the defendant denies plaintiff's claims of injuries, plaintiff alleges permanent bodily injuries, the value of which may exceed

$75,000.00. A copy of the Summons and Complaint filed in Danbury Superior Court is attached hereto as Exhibit "A".

Costco Wholesale Corporation has, as of this date, notified the Connecticut Superior Court of the filing of this Notice of Removal. A copy of the Notice of Removal filed in the Connecticut Superior Court is attached hereto as Exhibit "B".

Pursuant to the Standing Order on removed cases, a Statement of Removed Case and a Notice of Pending Motions are being filed simultaneously herewith.

Finally, the defendant submits the attached Civil Cover Sheet is attached hereto as Exhibit "C".

THE DEFENDANT,
COSTCO WHOLESALE CORPORATION

/s/ Miles Esty

Miles Esty, Esq.
Esty & Buckmir, LLC
2340 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EILEEN KNOX<br><br>Plaintiff<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>Defendant | : | CIVIL NO.<br><br><br><br><br><br><br><br>APRIL 13, 2020 |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2020 a copy of the defendant's Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE DEFENDANT,
COSTCO WHOLESALE CORPORATION

/s/ Miles Esty

Miles Esty, Esq.
Esty & Buckmir, LLC
2340 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**See other side for instructions**

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 146 White Street, Danbury, CT 06810 | (203) 207-8600 | APRIL 28, 2020 (Month, Day, Year) |
| ☒ Judicial District ☐ Housing Session ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Danbury | Case type code (See list on page 2) Major: T Minor: 03 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| The Nicholas Law Firm - 373 Prospect Street, Torrington, CT 06790 | 427008 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| (203) 759-1466 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) jmajewski@nicholaslaw.net |
|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: KNOX, EILEEN<br>Address: 14 SLEEPY HOLLOW ROAD, SANDY HOOK, CT 06482 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: COSTCO WHOLESALE CORPORATION - 999 LAKE DR., ISSAQUAH, WA 98027<br>Address: C/O AGENT: C T CORPORATION SYSTEM - 67 BURNSIDE AVE., EAST HARTFORD, CT 06108-3408 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left | Date signed |
|---|---|---|---|
| /s/ John P. Majewski (406045) | | John P. Majewski | 03/19/2020 |

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

*For Court Use Only*
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

| | | |
|---|---|---|
| **RETURN DATE: APRIL 28, 2020** | : | **SUPERIOR COURT** |
| **EILEEN KNOX**<br>*Plaintiff,* | : | **J.D. OF DANBURY** |
| **v.** | : | **AT DANBURY** |
| **COSTCO WHOLESALE CORPORATION**<br>*Defendant.* | : | **MARCH 19, 2020** |

**COMPLAINT**

1) The Plaintiff, Eileen Know, resides in the town of Newtown, Connecticut.

2) The Defendant, Costco Wholesale Corporation, (hereinafter "Costco"), was and now is a foreign corporation organized under the laws of Washington, and is authorized to do business in the State of Connecticut.

3) On August 27, 2019 the plaintiff was a business invitee at the defendant's warehouse supermarket, located at 200 Federal Road in Brookfield, Connecticut.

4) The subject property was and now is controlled and maintained by the defendant, Costco.

5) On August 27, 2019 the Plaintiff was shopping on the premises when suddenly and without warning she slipped and fell on water covering the floor that had been on the floor for a period of time.

6) The defendant had a duty to maintain the store walkways free of hazards such as water.

7) The Plaintiff's fall was due to the Defendant's negligence in one or more of the following ways:

THE NICHOLAS LAW FIRM, LLC
ATTORNEYS AT LAW
373 PROSPECT STREET - TORRINGTON, CONNECTICUT 06790
(860) 489-1878 - FAX (860) 489-3104 - JURIS NUMBER 427008

THE NICHOLAS LAW FIRM, LLC
ATTORNEYS AT LAW
373 PROSPECT STREET - TORRINGTON, CONNECTICUT 06790
(860) 489-1878 - FAX (860) 489-3104 - JURIS NUMBER 427008

a. The Defendant failed to clean and or properly maintain the aisle and/or store floor which resulted in a dangerous and defective condition on said aisle;

b. The Defendant knew or should have known of the dangerous and defective condition yet failed to remedy it;

c. The Defendant failed to keep the aisle and/or store floor in a reasonably safe condition;

d. The Defendant failed to act reasonably given the circumstances that existed on the day of the Plaintiff's fall;

e. The Defendant failed to properly warn business invitees such as the Plaintiff of the defective condition;

f. The Defendant should have closed the aisle and/or area to walking traffic; and

g. The Defendant failed to have personnel in place to properly warn business invitees of the dangerous condition.

8) As a result of the fall, the Plaintiff suffered serious injuries to her face, jaw, chin, teeth, right wrist and hand, and right knee.

9) As a further result of the fall, the plaintiff was forced to incur medical treatment and incurred medical bills.

10) As a further result of the fall, the plaintiff likely sustained permanent injuries, pain and suffering, and has lost the ability to fully enjoy life's activities.

**WHEREFORE**, the Plaintiff seeks fair, just and reasonable damages.

THE PLAINTIFF,
EILEEN KNOX

By: */s/ John P. Majewski (406045)*

John P. Majewski
The Nicholas Law Firm, LLC
One Carriage Place
Waterbury, CT 06702
Juris No.: 427008
Telephone: (860) 203-759-1466
E-Mail: jmajewski@nicholaslaw.net

THE NICHOLAS LAW FIRM, LLC
ATTORNEYS AT LAW
373 PROSPECT STREET - TORRINGTON, CONNECTICUT 06790
(860) 489-1878 - FAX (860) 489-3104 - JURIS NUMBER 427008

THE NICHOLAS LAW FIRM, LLC
ATTORNEYS AT LAW
373 PROSPECT STREET – TORRINGTON, CONNECTICUT 06790
(860) 489-1878 · FAX (860) 489-3104 · JURIS NUMBER 427008

| | | |
|---|---|---|
| **RETURN DATE: APRIL 28, 2020** | : | **SUPERIOR COURT** |
| **EILEEN KNOX**<br>*Plaintiff,* | : | **J.D. OF DANBURY** |
| **v.** | : | **AT DANBURY** |
| **COSTCO WHOLESALE CORPORATION**<br>*Defendant.* | : | **MARCH 19, 2020** |

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff in the above-entitled matter claims damages in an amount greater than Fifteen Thousand Dollars ($15,000.00) exclusive of interest and costs.

THE PLAINTIFF,
EILEEN KNOX

By: */s/ John P. Majewski (406045)*

John P. Majewski
The Nicholas Law Firm, LLC
One Carriage Place
Waterbury, CT 06702
Juris No.: 427008
Telephone: (860) 203-759-1466
E-Mail: jmajewski@nicholaslaw.net

# EXHIBIT B

| | | |
|---|---|---|
| DOCKET NO. DBD-CV20-6035812-S | : | SUPERIOR COURT |
| EILEEN KNOX | : | J.D. OF DANBURY |
| VS. | : | AT DANBURY |
| COSTCO WHOLESALE CORPORATION | : | APRIL 13, 2020 |

**NOTICE OF REMOVAL**

The defendant, Costco Wholesale Corporation, hereby gives notice that it has removed this action to Federal Court. A copy of said removal (without exhibits) is attached hereto as Exhibit "A".

THE DEFENDANT,
COSTCO WHOLESALE CORPORATION

____/s/400462______________________
Miles N. Esty, Esq.
Esty & Buckmir, LLC
2340 Whitney Avenue
Hamden, CT 06518
Tel. No. 203-248-5678
Juris No. 415435

ESTY & BUCKMIR, LLC
2340 Whitney Avenue
Hamden, Connecticut 06518
Tel. (203) 248-5678 Juris No. 415435

**CERTIFICATE OF SERVICE**

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on this date to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served:

Nicholas Law Firm
373 Prospect Street
Torrington, CT 06790

____/s/400462______________________
Miles N. Esty, Esq.
Commissioner of the Superior Court

ESTY & BUCKMIR, LLC
2340 Whitney Avenue
Hamden, Connecticut 06518
Tel. (203) 248-5678 Juris No. 415435

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EILEEN KNOX | : | CIVIL NO. |
| Plaintiff | : | |
| v. | : | |
| COSTCO WHOLESALE CORPORATION | : | |
| Defendant | : | APRIL 13, 2020 |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1336 and 28 U.S.C. §1446, the defendant, Costco Wholesale Corporation, hereby submits this notice of removal of the above lawsuit filed in the Superior Court of Connecticut for the Judicial District of Danbury at Danbury with a Return Date of April 28, 2020 to the United States District Court for the District of Connecticut.

The basis for such removal is diversity jurisdiction pursuant to 28 U.S.C. §1332 as the plaintiff is a citizen of Connecticut and the defendant is a corporation with a principal place of business in Issaquah, WA. The State Court Complaint does not specify the amount of alleged damages other than to allege that such damages exceed the jurisdictional minimum of the Superior Court of fifteen thousand dollars.  However, while the defendant denies plaintiff's claims of injuries, plaintiff alleges permanent bodily injuries, the value of which may exceed

$75,000.00. A copy of the Summons and Complaint filed in Danbury Superior Court is attached hereto as Exhibit "A".

Costco Wholesale Corporation has, as of this date, notified the Connecticut Superior Court of the filing of this Notice of Removal. A copy of the Notice of Removal filed in the Connecticut Superior Court is attached hereto as Exhibit "B".

Pursuant to the Standing Order on removed cases, a Statement of Removed Case and a Notice of Pending Motions are being filed simultaneously herewith.

Finally, the defendant submits the attached Civil Cover Sheet is attached hereto as Exhibit "C".

THE DEFENDANT,
COSTCO WHOLESALE CORPORATION

/s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2340 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EILEEN KNOX | : | CIVIL NO. |
| Plaintiff | : | |
| v. | : | |
| COSTCO WHOLESALE CORPORATION | : | |
| Defendant | : | APRIL 13, 2020 |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2020 a copy of the defendant's Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE DEFENDANT,
COSTCO WHOLESALE CORPORATION

/s/ Miles Esty

Miles Esty, Esq.
Esty & Buckmir, LLC
2340 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

# EXHIBIT C

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Eileen Knox

**(b)** County of Residence of First Listed Plaintiff: Fairfield
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
John Majewski, Esq., Nicholas Law Firm, 373 Prospect Street, Torrington, CT 06790, 860-489-1878

## DEFENDANTS

Costco Wholesale Corporation

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Miles Esty, Esq., Esty & Buckmir, LLC, 2340 Whitney Avenue, Hamden, CT 06518, 203-248-5678

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 U.S.C. §1332

Brief description of cause: Alleged premises liability resulting in alleged personal injury

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE DOCKET NUMBER

DATE: 04/13/2020

SIGNATURE OF ATTORNEY OF RECORD: /s/ Miles N. Esty, Fed Bar No. CT#08867

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE