## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EILEEN KNOX<br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION<br>Defendant. | CASE NO.: 3:20-CV-00492-KAD<br><br><br><br><br><br>APRIL 24, 2020 |

### REQUEST FOR LEAVE TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a)(2) and D. Conn. L. Civ. R. 7(f), the Plaintiff, Eileen Knox, hereby requests leave to file a First Amended Complaint to her Complaint dated March 19, 2020. The purpose of this amendment is to correct a typographical error which indicated the date of loss as August 27, 2019 instead of the correct date of August 25, 2019.

This request is timely as this case is still in its initial stages and a trial date has yet to be set. Additionally, the proposed amendment will not prejudice any of the parties as discovery has yet to begin. Further, counsel for the plaintiff has reached out to counsel for the defendant and received defendant counsel's consent to amend the complaint.

Pursuant to D. Conn. L. Civ. R. 7(f), the plaintiff has attached the following: (1) a copy of a redlined version of the proposed amended complaint (attached hereto as **Exhibit A**); and, (2) a copy of a clean version of the proposed amended complaint (attached hereto as **Exhibit B**).

**CERTIFICATION**

      **THIS IS TO CERTIFY THAT** a copy of the foregoing was or will immediately be mailed or delivered electronically or non-electronically on this 24th day of April, 2020 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served as follows:

Miles N. Esty  
Esty & Buckmir, LLC  
2340 Whitney Avenue  
Hamden, CT 06518  
203-248-5678  
www.estyandbuckmir.com

/s/ John P. Majewski (406045)  
John P. Majewski  
Commissioner of the Superior Court