**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EILEEN KNOX**<br>    **Plaintiff,** | CASE NO.: 3:20-CV-00492-KAD |
| v. | |
| **COSTCO WHOLESALE CORPORATION**<br>    **Defendant.** | APRIL 24, 2020 |

## AMENDED COMPLAINT

1)  The Plaintiff, Eileen Know, resides in the town of Newtown, Connecticut.

2)  The Defendant, Costco Wholesale Corporation, (hereinafter "Costco"), was and now is a foreign corporation organized under the laws of Washington, and is authorized to do business in the State of Connecticut.

3)  On August 25, 2019 the plaintiff was a business invitee at the defendant's warehouse supermarket, located at 200 Federal Road in Brookfield, Connecticut.

4)  The subject property was and now is controlled and maintained by the defendant, Costco.

5)  On August 25, 2019 the Plaintiff was shopping on the premises when suddenly and without warning she slipped and fell on water covering the floor that had been on the floor for a period of time.

6)  The defendant had a duty to maintain the store walkways free of hazards such as water.

7) The Plaintiff's fall was due to the Defendant's negligence in one or more of the following ways:

   a. The Defendant failed to clean and or properly maintain the aisle and/or store floor which resulted in a dangerous and defective condition on said aisle;

   b. The Defendant knew or should have known of the dangerous and defective condition yet failed to remedy it;

   c. The Defendant failed to keep the aisle and/or store floor in a reasonably safe condition;

   d. The Defendant failed to act reasonably given the circumstances that existed on the day of the Plaintiff's fall;

   e. The Defendant failed to properly warn business invitees such as the Plaintiff of the defective condition;

   f. The Defendant should have closed the aisle and/or area to walking traffic; and

   g. The Defendant failed to have personnel in place to properly warn business invitees of the dangerous condition.

8) As a result of the fall, the Plaintiff suffered serious injuries to her face, jaw, chin, teeth, right wrist and hand, and right knee.

9) As a further result of the fall, the plaintiff was forced to incur medical treatment and incurred medical bills.

10) As a further result of the fall, the plaintiff likely sustained permanent injuries, pain and suffering, and has lost the ability to fully enjoy life's activities.

**WHEREFORE**, the Plaintiff seeks fair, just and reasonable damages.

THE PLAINTIFF,
EILEEN KNOX

By: */s/ John P. Majewski (406045)*
John P. Majewski
The Nicholas Law Firm, LLC
One Carriage Place
Waterbury, CT 06702
Juris No.: 427008
Telephone: (860) 203-759-1466
E-Mail: jmajewski@nicholaslaw.net

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EILEEN KNOX**<br>　　Plaintiff,<br><br>v.<br><br>**COSTCO WHOLESALE CORPORATION**<br>　　Defendant. | CASE NO.: 3:20-CV-00492-KAD<br><br><br><br><br><br>APRIL 24, 2020 |

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff in the above-entitled matter claims damages in an amount greater than Fifteen Thousand Dollars ($15,000.00) exclusive of interest and costs.

THE PLAINTIFF,
EILEEN KNOX

By: */s/ John P. Majewski (406045)*
　　John P. Majewski
　　The Nicholas Law Firm, LLC
　　One Carriage Place
　　Waterbury, CT 06702
　　Juris No.: 427008
　　Telephone: (860) 203-759-1466
　　E-Mail: jmajewski@nicholaslaw.net

Page **4** of **4**